**Order entered November 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00595-CR

**JAMES EDWARD GRUMBLES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MB10-69593-B**

## ORDER

The Court **REINSTATES** the appeal.

On October 15, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On November 26, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the October 15, 2013 order requiring findings.

We **GRANT** the November 26, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

In his brief, appellant raises an issue related to the costs assessed against him. The record, however, does not contain a cost bill or other document with an itemized list of costs assessed in this case.

Accordingly, we **ORDER** the Dallas County Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental clerk's record containing a detailed itemization of the costs assessed in this case, including but not limited to, specific court costs, fees, and court appointed attorney fees. *In accordance with Texas Code of Criminal Procedure article 103.001, the cost bill shall be signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost.* We further **ORDER** that the supplemental clerk's record include a document explaining any and all abbreviations used to designate a particular fee, cost, or court appointed attorney fee.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to John Warren, Dallas County Clerk; the Dallas County Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/    DAVID EVANS
        JUSTICE